UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSH WHEELER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-cv-0913 |
| ) | Judge Aleta A. Trauger |
| ) | |
| JACKSON NATIONAL LIFE ) | |
| INSURANCE CO. d/b/a JACKSON ) | |
| NATIONAL LIFE DISTRIBUTORS d/b/a ) | |
| JACKSON NATIONAL FINANCIAL ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Joshua Wheeler's Motion for Summary Judgment (Docket No. 37) is **DENIED**.

Defendant Jackson National Life Insurance Co.'s Motion for Summary Judgment (Docket No. 32) is **GRANTED** and Supplemental Motion for Summary Judgment (Docket No. 71) is **GRANTED**. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

Enter this 4th day of February 2015.

_____
ALETA A. TRAUGER
United States District Judge